UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-496-T-17JSS

EVERETT TAYLOR

### FORFEITURE JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, to forfeit the $124,521.00 in proceeds the defendant obtained as a result of the theft of government property, as charged in Count Seventeen of the Information, as well as forfeiture of the following asset:

> a. The real property located at 3814 N. 53rd Street, Tampa, FL 33619, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 5, Block 49, GRANT PARK ADDITION, according to the map of plat as recorded in Plat Book 7, Page 55, of the Public Records of Hillsborough County, Florida.
>
> Property Identification No: A-10-29-19-4BY-000049-00005.0.

Being fully advised of the relevant facts, the Court finds that the defendant pleaded guilty to theft of government property and obtained proceeds in the amount of $124,521.00 as a result of the offense. In addition,

the real property identified above was purchased with proceeds and is forfeitable under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that the United States is entitled to forfeit the $124,521.00 in proceeds the defendant obtained as a result of the theft of government property.

Because the $124,521.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $124,521.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the real property identified above is FORFEITED to the United States of America for disposition according to law.

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

CASE No. 8:13-CR-496-T-17SS

DONE and ORDERED in Tampa, Florida, this 27th day of JULY, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

3