UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:13-CR-496-T-17JSS

EVERETT J. TAYLOR.

_____/

ORDER

This cause is before the Court on:

Dkt. 124   Claim of Everlecia Taylor
Dkt. 163   Report and Recommendation

The assigned Magistrate Judge conducted an evidentiary hearing on the Claim of Everlecia Taylor (Dkt. 124) to the property located at 3814 N. 53rd St., Tampa, Florida, 33619. A Report and Recommendation was entered, in which the Magistrate Judge recommends that the Claim of Everlecia Taylor be denied, and a final order forfeiting the property to the United States of America be entered.

The Court has independently examined the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 163) is **adopted and incorporated** by reference. The claim of Everlecia Taylor (Dkt. 124) is **denied**. The United States of America **shall file** a Motion for Final Order of

CASE NO. 8:13-CR-496-T-17JSS

Forfeiture and proposed Order for the property within fourteen days.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 10th day of April, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

Claimant Everlecia Taylor