UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:13-cr-496-T-17JSS

EVERETT TAYLOR

### FINAL ORDER OF FORFEITURE

This cause comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following real property:

> The real property located at 3814 N. 53rd Street, Tampa, FL 33619, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 5, Block 49, GRANT PARK ADDITION, according to the map of plat as recorded in Plat Book 7, Page 55, of the Public Records of Hillsborough County, Florida.
>
> Property Identification No: A-10-29-19-4BY-000049-00005.0.

On July 27, 2017, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered a forfeiture judgment against the defendant in the amount of $124,521.00 and a preliminary order of forfeiture for the real property identified above. Doc. 118.

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the real property on the official government website, www.forfeiture.gov, beginning

on July 29, 2017, and ending on August 27, 2017. Doc. 121. The publication gave notice to all third parties with a legal interest in the real property to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed the only parties known to have a potential interest in the real property. The United States recognizes and agrees to pay the Hillsborough County Tax Collector from the remaining proceeds of the sale of the real property (to the extent that there are sufficient proceeds after the deduction of the United States' expenses) the *ad valorem* real property taxes and *non-ad valorem* assessments due and owing. Other than the defendant, whose interest was previously forfeited to the United States, and the Tax Collector, (whose interest has been settled), Everlecia Taylor (whose claim was denied), and Ron Harris (who did not file a claim), no other party filed a petition or claimed an interest in the real property, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the real property is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the real

CASE NO. 8:13-CR-496-T-17JSS

property is now vested in the United States of America, subject to any *ad valorem* real property taxes and *non-ad valorem* assessments due and owing to the Hillsborough County Tax Collector.

DONE and ORDERED in Tampa, Florida, this 17th day of April, 2018.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record